**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks   Date: July 6, 2007
Court Reporter: Darlene Martinez         Time: 26 minutes
Probation Officer: Dee Clark             Interpreter: Kenny Hoang

**CASE NO.  06-CR-00277-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Wayne Campbell for Joe Allen |
| Plaintiff, | |
| vs. | |
| **DIEN THANH NGO,** | Donald Lozow |
| Defendants. | |

**SENTENCING**

**9:02 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
06-CR-00277-WDM
July 6, 2007

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Mr. Lozow addresses sentencing and comments in support of Government's Motion for Downward Departure.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure is **GRANTED.**

Defendant entered his plea on **February 21, 2007** to count **One of the Superseding Information.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**TOTAL OFFENSE LEVEL:**         25
**CRIMINAL HISTORY CATEGORY:**   II

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 60 months (statutory minimum) | 60 months (absent motion for downward departure) |
| **Supervised Release** | 2 to 3 years | 3 years |
| **Probation** | Not eligible | Not recommended |
| **Fine** | $10,000 to $100,000 | Not recommended |
| **Special Assessment** | $100 | $100 |

**Restitution**
Restitution is not an issue in this case.

Page Three
06-CR-00277-WDM
July 6, 2007

### Community Service

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **42** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **FCI Englewood, CO or a facility in CO** and recommends that he be allowed to participate in a Residential Drug Abuse Program **(RDAP).**

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:  Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED:  Special Condition** of Supervised Release that:
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) If defendant is deported, he shall not re-enter the United States illegally.  If defendant re-enters the United States legally, he is to report to the nearest

U.S. Probation Office within 72 hours of he return.

Page Four
06-CR-00277-WDM
July 6, 2007

      (**X**)    Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

      (**X**)    Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion for Acceptance of Responsibility is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Count One the Indictment is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**9:28 a.m.**    **COURT IN RECESS**

**Total in court time:**    26 minutes

**Hearing concluded**